### 17341. MIMBS *v.* THE STATE.

BLOODWORTH, J. 1. There is nothing in any of the grounds of the amendment to the motion for a new trial that requires the grant of a new trial.
2. There is ample evidence to support the finding of the jury, which has the approval of the trial judge, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 15, 1926. REHEARING DENIED JULY 13, 1926.

Assault with intent to murder; from Laurens superior court— Judge Camp. March 17, 1926.

*W. A. Dampier,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 271, n. 41.